FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| CAROL LILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REVETAW, INC., d/b/a WATER ISLAND | ) | Civil No. 2003-88 |
| FERRY, STEVE RAMPINO, and STEVE | ) | |
| SCULLY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

APPEARANCES:

**Carol Liles,**
Water Island, U.S.V.I.
      *Pro se plaintiff,*

**James M. Derr, Esq.**
St. Thomas, U.S.V.I.
      *For defendants Steve Rampino and Mike Clemens,*

**Steve Scully**
St. Thomas, U.S.V.I.
      *Pro se defendant.*

<u>ORDER</u>

GÓMEZ, C.J.

Before the Court are the renewed motions of defendants Steve Rampino ("Rampino") and Steve Scully ("Scully") (collectively, the "Defendants") to dismiss and for summary judgment against the plaintiff Carol Liles ("Liles"). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

*Liles v. Revetaw, et al.*
Civil No. 2003-88
Order
Page 2

    **ORDERED** that the motion for summary judgment is **DENIED** without prejudice; it is further

    **ORDERED** that the motion to dismiss is **GRANTED** to the extent it seeks dismissal of Liles' claims under 42 U.S.C. §§ 2000e *et seq.* ("Title VII") and 42 U.S.C. § 1983 ("Section 1983") asserted in Count One; and it is further

    **ORDERED** that Count One is **DISMISSED** insofar as it asserts Title VII and Section 1983 claims; and it is further

    **ORDERED** that the motion to dismiss is **DENIED** insofar as it seeks dismissal of Liles' claims under 42 U.S.C. § 1981 ("Section 1981") alleged in Count One.


S_____
      **Curtis V. Gómez**
       **Chief Judge**