**NOT FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| CAROL LILES, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|        v. | ) |
| | ) |
| REVETAW, INC., d/b/a WATER ISLAND | )   Civil No. 2003-88 |
| FERRY, STEVE RAMPINO, and STEVE | ) |
| SCULLY, | ) |
| | ) |
|        Defendants. | ) |
| | ) |

**APPEARANCES:**

**Carol Liles,**
Water Island, U.S.V.I.
    *Pro se plaintiff,*

**James M. Derr, Esq.**
St. Thomas, U.S.V.I.
    *For defendant Steve Rampino,*

**Steve Scully**
St. Thomas, U.S.V.I.
    *Pro se defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

Before the Court is the motion of the plaintiff, Carol Liles ("Liles") for reconsideration of this Court's March 9, 2009, Order denying Liles' motion for default judgment against defendant Revetaw, Inc. ("Revetaw").

Under Local Rule of Civil Procedure 7.3 ("Local Rule 7.3"), a party may file a motion for reconsideration "within ten (10)

*Liles v. Revetaw, Inc., et al.*
Civil No. 2003-88
Order
Page 2

days after the entry of the order or decision unless the time is extended by the Court." LRCi 7.3.  Here, the deadline for filing a motion for reconsideration of the March 9, 2009, Order expired on March 23, 2009.  *See* Fed. R. Civ. P. 6(a); LRCi 6.1.  Because Liles' motion for reconsideration was not filed until April 2, 2009, the motion is untimely.  Furthermore, Liles has not moved for leave to file her reconsideration motion out of time. Accordingly, it is hereby

**ORDERED** that the motion for reconsideration is **DENIED.**


S_____
**Curtis V. Gómez**
**Chief Judge**