**NOT FOR PUBLICATION**

```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| CAROL LILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REVETAW, INC., d/b/a WATER ISLAND FERRY, STEVE RAMPINO, and STEVE SCULLY, | ) Civil No. 2003-88 |
| | ) |
| Defendants. | ) |

APPEARANCES:

**Carol Liles,**
Water Island, U.S.V.I.
  *Pro se plaintiff,*

**James M. Derr, Esq.**
St. Thomas, U.S.V.I.
  *For defendant Steve Rampino,*

**Steve Scully**
St. Thomas, U.S.V.I.
  *Pro se defendant.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of the plaintiff, Carol Liles ("Liles") for leave to file a motion for reconsideration of this Court's March 9, 2009, Order denying Liles' motion for default judgment against defendant Revetaw, Inc. ("Revetaw") out of time. Liles asserts that an extension of time is necessary to enable her to compile the documents required to correct the defects in

*Liles v. Revetaw*, Inc., *et al.*
Civil No. 2003-88
Order
Page 2

her motion for default judgment.  However, a motion for reconsideration is not to be used as "a vehicle for . . . raising arguments that could have been raised before but were not." *Bostic v. AT&T of the Virgin Islands*, 312 F. Supp. 2d 731, 733, 45 V.I. 553 (D.V.I. 2004).  Accordingly, it is hereby

    **ORDERED** that the motion for leave to file a motion for reconsideration out of time is **DENIED.**[1]

                                    S\_____
                                        **Curtis V. Gómez**
                                           **Chief Judge**

---

    [1] While the Court finds no basis for granting Liles leave to filed her reconsideration motion out of time, it notes that nothing precludes Liles from filing anew her motion for default judgment.