NOT FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CAROL LILES, <br><br>      Plaintiff, <br><br>v. <br><br>REVETAW, INC., d/b/a WATER ISLAND FERRY, STEVE RAMPINO, and STEVE SCULLY, <br><br>      Defendants. | Civil No. 2003-88 |

**APPEARANCES:**

**Carol Liles,**
Water Island, U.S.V.I.
   *Pro se plaintiff,*

**James M. Derr, Esq.**
St. Thomas, U.S.V.I.
   *For defendant Steve Rampino,*

**Steve Scully**
St. Thomas, U.S.V.I.
   *Pro se defendant.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the renewed motion of defendant Steve Rampino ("Rampino") for summary judgment against the plaintiff, Carol Liles ("Liles"). The premises considered, it is hereby

**ORDERED** that the motion is **DENIED.**

                                                S\_____
                                                Curtis V. Gómez
                                                  Chief Judge